## ALAN R. VARLEY *v.* NINA B. VARLEY

The defendant's "Motion for Review of Decision Concerning Amendment of Draft Finding and Request for Finding and Refusing in Advance any Motions to Correct Finding (Rectification)" dated January 14, 1974, in the appeal from the Superior Court in Hartford County is granted and the relief sought therein is denied.

*Henry D. Marcus,* in support of the motion.

Submitted January 25—decided March 5, 1974

---

The defendant's "Amended Motion to Review of Decision Concerning all Amendments of Draft Finding and Request for Finding and Refusing in Advance Any Motions to Correct Finding (Rectification)" dated January 15, 1974, in the appeal from the Superior Court in Hartford County is dismissed.

*Nina B. Varley,* pro se, in support of the motion.

Submitted January 25—decided March 5, 1974

---

The defendant's "Motion for Review Decision Concerning Withdrawal (Disqualification) of Referee in Future Motions or Petitions, Alimony Pendente Lite and Counsel Fees during Appeal, Contempt, also Directing a Referee to Hear Motion for Disclosure and Production" dated January 21, 1974, in the appeal from the Superior Court in Hartford County is dismissed.

*Nina B. Varley,* pro se, in support of the motion.

Submitted February 1—decided March 5, 1974